IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INEOS FLUOR AMERICAS LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HONEYWELL INTERNATIONAL INC.<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No.: ___06  189-___<br>:<br>: **JURY TRIAL DEMAND**<br>:<br>: |

### RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), counsel hereby certifies that the following entities own, directly or indirectly, more than 10% of Ineos Fluor Americas LLC: Ineos U.S. Intermediate Holding Company LLC, Ineos U.S. Holding Company II LLC, and Ineos Partners DGP.

Dated: March 20, 2006

YOUNG CONAWAY STARGATT
　& TAYLOR, LLP

*C. Barr Flinn by Chad S.C. Stover*

C. Barr Flinn (No. 4092) [bflinn@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Tel.: 302-571-6600

-and-

Mark D. Alexander
**AXINN, VELTROP & HARKRIDER LLP**
90 State House Square
Hartford, CT 06103
Tel: 860-275-8100

*Attorneys for Plaintiff*