AO 440 (Delaware Rev. 7/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Delaware

INEOS FLUOR AMERICAS LLC,

        Plaintiff,

v.

HONEYWELL INTERNATIONAL INC.

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06 189

TO: (Name and address of defendant)

HONEYWELL INTERNATIONAL INC.
c/o Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

C. Barr Flinn, Esquire
Karen L. Pascale, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO          MAR 2 0 2006

CLERK          DATE

_[signature]_
(By) DEPUTY CLERK

DB02:5176215.1          900002.0003

AO 440 (Delaware Rev. 7/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[(1)] | DATE 3/21/06 |
| NAME OF SERVER (*PRINT*) CAREY M SHEA | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Personally served Hopewell International, Inc by serving its Registered Agent / The Corporation Service Co. at 2711 Centerville Rd, Wilm DE 19808 at 11:00am Person accepting service: Mary Drummond

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/21/06
              *Date*

Signature of Server
Parcels Inc
230 N. Market St, Wilm DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.