IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INEOS FLOUR AMERICAS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-189 |
| | ) | |
| HONEYWELL INTERNATIONAL INC., | ) | |
| | ) | |
| Defendant. | ) | |

ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of the undersigned as attorneys for defendant Honeywell International Inc. in the above-captioned matter.

                                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                              /s/ *signature*
                                                              Martin P. Tully (#465)
                                                             Jason A. Cincilla (#4232)
                                                             1201 N. Market Street
                                                             P.O. Box 1347
                                                             Wilmington, DE 19899
                                                             (302) 658-9200
                                                               Attorneys for Defendant
                                                               Honeywell International Inc

OF COUNSEL:

Terri L. Mascherin
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611-7603
(312) 222-9350

March 29, 2006

513517

## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, Esquire, hereby certify that copies of **ENTRY OF APPEARANCE** were served on March 29, 2006 as follows:

### BY ELECTRONIC FILING:

C. Barr Flinn, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391

Richard S. Order, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square, 11th Floor
Hartford, Connecticut 06103
rso@avhlaw.com

Jason A. Cincilla (#4232)