IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INEOS FLUOR AMERICAS LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 06-189-SLR |
| HONEYWELL INTERNATIONAL INC. | : **JURY TRIAL DEMAND** |
| Defendant. | : |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Karen L. Pascale of the law firm Young Conaway Stargatt & Taylor, LLP, hereby enters her appearance on behalf of Plaintiff, Ineos Fluor Americas LLC.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale
C. Barr Flinn (No. 4092) [bflinn@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Tel.: 302-571-6600

*Attorneys for Plaintiff*

OF COUNSEL:

Mark D. Alexander
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103

Dated: March 30, 2006

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, hereby certify that on March 30, 2006, a true and correct copy of the the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jason A. Cincilla, Esquire
>Martin P. Tully, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200

I further certify that a copy of the foregoing document was served by hand delivery on the above-listed counsel of record and on the following non-registered participant in the manner indicated below:

### BY E-MAIL

>Terri L. Mascherin, Esquire
>*tmascherin@jenner.com*
>JENNER & BLOCK LLP
>1 IBM Plaza
>Chicago, IL 60611-7603
>(312) 222-9350

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale
_____
Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19801
302-571-6600
kpascale@ycst.com