IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INEOS FLUOR AMERICAS LLC,           )
                                     )
            Plaintiff,               )
                                     )
      v.                             )    Civil Action No. 06-189-SLR
                                     )
HONEYWELL INTERNATIONAL INC.,        )
                                     )
            Defendant.               )

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the

Court, that the time for defendant Honeywell International Inc. ("Honeywell") to move, answer

or otherwise plead in response to the Complaint is extended to May 1, 2006.

YOUNG CONAWAY STARGATT &            MORRIS, NICHOLS, ARSHT & TUNNELL  LLP
TAYLOR, LLP

_____     _____
C. Barr Flinn (#4092)               Martin P. Tully (#465)
Karen L. Pascale (#2903)            Jason A. Cincilla (#4232)
The Brandywine Building             1201 N. Market Street
1000 West Street, 17th Floor        P.O. Box 1347
Wilmington, DE 19801                Wilmington, DE  19899
(302) 571-6600                      (302) 658-9200
   *Attorneys for Plaintiff,*          *Attorneys for Defendant,*
   *INEOS Fluor Americas LLC*          *Honeywell International Inc.*


SO ORDERED this _____ day of _____, 2006.


_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, Esquire, hereby certify that copies of the foregoing

**STIPULATION AND ORDER** were served on April 4, 2006 as follows:

**BY ELECTRONIC FILING:**

C. Barr Flinn, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391

**BY EMAIL:**

Richard S. Order, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square, 11th Floor
Hartford, Connecticut 06103
rso@avhlaw.com

_____
Jason A. Cincilla (#4232)

514330