

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INEOS FLUOR AMERICAS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-189-SLR |
| | ) | |
| HONEYWELL INTERNATIONAL INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions pro hac vice of Mark D. Alexander and Richard S. Order of Axinn, Veltrop & Harkrider LLP, 90 State House Square, Hartford, CT 06103-3702, (860) 275-8100, (860) 275-8101 (fax), to represent plaintiff INEOS Fluor Americas LLC in this matter, along with undersigned local counsel.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale
C. Barr Flinn (No. 4092) [bflinn@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Tel.: 302-571-6600

Dated: April 5, 2006            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on April 5, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Martin P. Tully, Esquire
>   Jason A. Cincilla, Esquire
>   Morris Nichols Arsht & Tunnell LLP
>   1201 North Market Street
>   Wilmington, DE  19801

I further certify that on April 5, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

>   YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>   /s/ Karen L. Pascale
>   Karen L. Pascale (No. 2903) [kpascale@ycst.com]
>   The Brandywine Building
>   1000 West Street, 17th Floor
>   Wilmington, Delaware  19801
>   (302) 571-6600
>   Attorneys for Plaintiff

CERTIFICATION BY COUNSEL
TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and Connecticut and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

 

*Richard S. Order* (signature)
Richard S. Order
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT  06103-3702
(860) 275-8100
(860) 275-8101 (fax)
rso@avhlaw.com.

DATED: April 3, 2006

CTDOCS:15944.1

CERTIFICATION BY COUNSEL
TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and Connecticut and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Mark D. Alexander
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT  06103-3702
(860) 275-8100
(860) 275-8101 (fax)
rso@avhlaw.com.

DATED:  April 3, 2006

CTDOCS:15945.1

2

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admissions pro hac vice of Mark D. Alexander and Richard S. Order is granted.

Date: April ___, 2006

_____
United States District Judge