IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INEOS FLOUR AMERICAS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-189 SLR |
| | ) |
| HONEYWELL INTERNATIONAL INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Yosef J. Riemer and Gregory T. Heyman of Kirkland & Ellis LLP, Citigroup Center, 153 East 53rd Street, New York, New York 10022-4675, and Mark L. Kovner of Kirkland & Ellis LLP, 655 Fifteenth Street, N.W., Washington, District of Columbia, 20005, to represent defendant Honeywell International Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Martin P. Tully (#465)
Jason A. Cincilla (#4232)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  Attorneys for Defendant
  Honeywell International Inc

Dated: April 19, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Yosef J. Riemer, Gregory T. Heyman, and Mark L. Kovner is granted.

Dated: _____    _____
                                United States District Judge

513846

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and am admitted to practice in the state of Maryland, the District of Columbia, the United States District Courts for the Eastern and Southern Districts of New York, the U.S. Court of Appeals for the Second and Third Circuits, and the U.S. Court of Appeals for the District of Columbia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: April 6, 2006

Yosef J. Riemer
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4675
(212) 446-4800

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and am admitted to practice in the United States District Courts for the Eastern and Southern Districts of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: April 19, 2006

Gregory T. Heyman
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4675
(212) 446-4800

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of Massachusetts, and am admitted to practice in the District of Columbia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: April 7, 2006

_____
Mark L. Kovner (D.C. Bar #430431)
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, District of Columbia, 20005
(202) 879-5000

## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, Esquire, hereby certify that copies of **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** were served on April 19, 2006 as follows:

### BY ELECTRONIC FILING:

C. Barr Flinn, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391

### BY EMAIL:

Richard S. Order, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square, 11th Floor
Hartford, Connecticut 06103
rso@avhlaw.com

_____
Jason A. Cincilla (#4232)