IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INEOS FLUOR AMERICAS LLC, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-189-SLR |
| HONEYWELL INTERNATIONAL INC., | : |
| Defendant. | : |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 14, 2006 copies of:

*Plaintiff INEOS Fluor Americas LLC's First Set of Interrogatories to Defendant Honeywell International Inc.*; and

*Plaintiff INEOS Fluor Americas LLC's First Request for Production of Documents From Defendant Honeywell International Inc.*,

were served upon the following counsel of record as indicated below.

### *By Hand and E-Mail*

Martin P. Tully [mtully@nmat.com]
Jason A. Cincilla [jcincilla@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

### *By E-Mail and U.S. Mail*

Yosef J. Riemer [yriemer@kirkland.com]
Gregory T. Heyman [gheyman@kirkland.com]
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022

      Mark L. Kovner [mkovner@kirkland.com]
      Michael S. Becker [mbecker@kirkland.com]
      KIRKLAND & ELLIS LLP
      655 Fifteenth Street, NW
      Suite 1200
      Washington, DC  20005-5793

PLEASE TAKE FURTHER NOTICE that on June 15, 2006, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

      Martin P. Tully [mtully@nmat.com]
      Jason A. Cincilla [jcincilla@mnat.com]
      MORRIS, NICHOLS, ARSHT & TUNNELL LLP
      1201 N. Market Street
      P.O. Box 1347
      Wilmington, DE  19899

Additionally, I further certify that on June 15, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

*<u>By E-Mail and U.S. Mail</u>*

      Yosef J. Riemer [yriemer@kirkland.com]
      Gregory T. Heyman [gheyman@kirkland.com]
      KIRKLAND & ELLIS LLP
      153 East 53rd Street
      New York, NY  10022

      Mark L. Kovner [mkovner@kirkland.com]
      Michael S. Becker [mbecker@kirkland.com]
      KIRKLAND & ELLIS LLP
      655 Fifteenth Street, NW
      Suite 1200

|  |  |
|---|---|
| June 15, 2006 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Karen L. Pascale*<br>_____<br>C. Barr Flinn (#4092) [bflinn@ycst.com]<br>Karen L. Pascale (#2903) [kpascale@ycst.com]<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br><br> - and-<br><br>Richard S. Order<br>Mark D. Alexander<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103<br>(860)275-8100<br><br>*Attorneys for Plaintiff INEOS Fluor Americas LLC* |