## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

INEOS FLUOR AMERICAS, LLC,

        Plaintiff,

v.                               Civil Action No. 06-189-SLR

HONEYWELL INTERNATIONAL, INC.,

        Defendant.

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 19, 2006, I, Jason A. Cincilla, Esq., served copies of **Plaintiff's Initial Disclosures Pursuant to Federal Rules of Civil Procedure 26(a)** upon the following individuals in the manner indicated:

**Via Electronic Mail:**

Richard S. Order, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square, 11th Floor
Hartford, Connecticut 06103
rso@avhlaw.com

*[signature page to follow]*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


___/s/ Jason A. Cincilla_____
Martin P. Tully (#465)
Jason A. Cincilla (#4232)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

KIRKLAND & ELLIS LLP
Yosef J. Riemer
Gregory T. Heyman
153 East 53rd Street
New York, NY 10022
(212) 446-4800

 -and-

Mark L. Kovner
Michael S. Becker
655 Fifteenth Street, NW
Suite 1200
Washington, DC  20005-5793
(202) 879-5000

*Attorneys for Defendant Honeywell International, Inc.*



Dated:  June 20, 2006

525561v1

2