IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INEOS FLUOR AMERICAS LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 06-189-SLR |
| | : |
| HONEYWELL INTERNATIONAL INC., | : |
| | : |
| Defendant. | : |
| | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 19, 2006 copies of:

**_Plaintiff INEOS Fluor Americas LLC's Initial Disclosures Pursuant to Rule 26(a)_,**

were served upon the following counsel of record as indicated below.

### _By First Class U.S. Mail, Postage Prepaid_

Martin P. Tully [mtully@nmat.com]
Jason A. Cincilla [jcincilla@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Yosef J. Riemer [yriemer@kirkland.com]
Gregory T. Heyman [gheyman@kirkland.com]
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022

Mark L. Kovner [mkovner@kirkland.com]
Michael S. Becker [mbecker@kirkland.com]
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005-5793

PLEASE TAKE FURTHER NOTICE that on June 20, 2006, the undersigned has

electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court

using CM/ECF, which will send notification that such filing is available for viewing and

downloading to the following counsel of record:

> Martin P. Tully [mtully@nmat.com]
> Jason A. Cincilla [jcincilla@mnat.com]
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899

Additionally, I further certify that on June 20, 2006, I caused a copy of the foregoing

document to be served by hand delivery on the above-listed counsel of record and on the

following non-registered participants in the manner indicated:

> ### *By E-Mail and U.S. Mail*
>
> Yosef J. Riemer [yriemer@kirkland.com]
> Gregory T. Heyman [gheyman@kirkland.com]
> KIRKLAND & ELLIS LLP
> 153 East 53rd Street
> New York, NY 10022
>
> Mark L. Kovner [mkovner@kirkland.com]
> Michael S. Becker [mbecker@kirkland.com]
> KIRKLAND & ELLIS LLP
> 655 Fifteenth Street, NW
> Suite 1200

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> *Karen L. Pascale*
> _____
> C. Barr Flinn (#4092) [bflinn@ycst.com]
> Karen L. Pascale (#2903) [kpascale@ycst.com]
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
> (302) 571-6600

June 20, 2006

- and-

Richard S. Order
Mark D. Alexander
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860)275-8100

*Attorneys for Plaintiff INEOS Fluor Americas LLC*