IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INEOS FLUOR AMERICAS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC.,<br><br>    Defendant. | Civil Action No. 06-189-SLR |

## CORRECTED NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 19, 2006, I, Jason A. Cincilla, Esq., served copies of **Defendant Honeywell International, Inc.'s Initial Disclosures Pursuant to Federal Rules of Civil Procedure 26(a)** upon the following individuals in the manner indicated:

**Via Electronic Mail:**

Richard S. Order, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square, 11th Floor
Hartford, Connecticut 06103
rso@avhlaw.com

*[signature page to follow]*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

__/s/ Jason A. Cincilla_____
Martin P. Tully (#465)
Jason A. Cincilla (#4232)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

KIRKLAND & ELLIS LLP
Yosef J. Riemer
Gregory T. Heyman
153 East 53rd Street
New York, NY 10022
(212) 446-4800

-and-

Mark L. Kovner
Michael S. Becker
655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005-5793
(202) 879-5000

*Attorneys for Defendant Honeywell International, Inc.*

Dated: June 20, 2006

525561v1