IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INEOS FLUOR AMERICAS, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC.,<br><br>   Defendant. | Civil Action No. 06-189-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 18, 2006, copies of **Honeywell's First Set of Interrogatories** and **Honeywell's First Request for Production of Documents** were served upon the following individuals in the manner indicated:

**Via Federal Express and Electronic Mail:**

Richard S. Order, Esq.
Mark D. Alexander, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square, 11th Floor
Hartford, Connecticut 06103
rso@avhlaw.com
mda@avhlaw.com


C. Barr Flinn, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
bflinn@ycst.com
kpascale@ycst.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jason A. Cincilla*
_____
Martin P. Tully (#465)
Jason A. Cincilla (#4232)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

KIRKLAND & ELLIS LLP
Yosef J. Riemer
Gregory T. Heyman
153 East 53rd Street
New York, NY 10022
(212) 446-4800

-and-

Mark L. Kovner
Michael S. Becker
655 Fifteenth Street, NW
Suite 1200
Washington, DC  20005-5793
(202) 879-5000

*Attorneys for Defendant Honeywell International, Inc.*

Dated:  July 19, 2006

525561

## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, Esquire, hereby certify that copies of the foregoing **NOTICE OF SERVICE** were served on July 19, 2006 as follows:

### BY ELECTRONIC FILING:

Richard S. Order, Esq.
Mark D. Alexander, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square, 11th Floor
Hartford, Connecticut 06103
rso@avhlaw.com
mda@avhlaw.com


C. Barr Flinn, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
bflinn@ycst.com
kpascale@ycst.com

_____
Jason A. Cincilla (#4232)