IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INEOS FLUOR AMERICAS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC.,<br><br>    Defendant. | Civil Action No. 06-189-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 18, 2006, copies of **Honeywell's Responses And Objections To Ineos Fluor Americas LLC's First Set of Interrogatories** were served upon the following individuals in the manner indicated:

**Via Facsimile, Courier and Email:**

Richard S. Order, Esq.
Mark D. Alexander, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square, 11th Floor
Hartford, Connecticut 06103
rso@avhlaw.com
mda@avhlaw.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jason Cincilla
Martin P. Tully (#465)
Jason A. Cincilla (#4232)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

          KIRKLAND & ELLIS LLP
          Yosef J. Riemer
          Gregory T. Heyman
          153 East 53rd Street
          New York, NY 10022
          (212) 446-4800

          -and-

          Mark L. Kovner
          Michael S. Becker
          655 Fifteenth Street, NW
          Suite 1200
          Washington, DC 20005-5793
          (202) 879-5000

          *Attorneys for Defendant Honeywell International, Inc.*

Dated: August 21, 2006

525561

## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, Esquire, hereby certify that copies of the foregoing **NOTICE OF SERVICE** were served on August 21, 2006 as follows:

### BY ELECTRONIC FILING:

Richard S. Order, Esq.
Mark D. Alexander, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square, 11th Floor
Hartford, Connecticut 06103
rso@avhlaw.com
mda@avhlaw.com


C. Barr Flinn, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
bflinn@ycst.com
kpascale@ycst.com

Jason A. Cincilla (#4232)