IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INEOS FLUOR AMERICAS LLC,                    :
                                             :
              Plaintiff,                      :
                                             :
       v.                                    :
                                             :   C.A. No.  06-189-SLR
HONEYWELL INTERNATIONAL INC.,                 :
                                             :
              Defendant.                      :

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the

admission pro hac vice of Aaron C. Brinkman of Axinn, Veltrop & Harkrider LLP, 90

State House Square, Hartford, CT 06103-3702, (860) 275-8100, (860) 275-8101 (fax), to

represent plaintiff INEOS Fluor Americas LLC in this matter.  Pursuant to Standing

Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this

motion.

                              YOUNG CONAWAY STARGATT & TAYLOR LLP


Dated:  September 21, 2006    _____
                              C. Barr Flinn (No. 4092) [bflinn@ycst.com]
                              Karen L. Pascale (No. 2903) [kpascale@ycst.com]
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              P.O. Box 391
                              Wilmington, Delaware 19899-0391
                              Tel.: 302-571-6600
                                *Attorneys for Plaintiff INEOS Fluor Americas LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission pro hac vice

of Aaron C. Brinkman is granted.

Date:  September _____, 2006    _____
                                     United States District Judge

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on September 21, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Martin P. Tully [mtully@nmat.com]
>Jason A. Cincilla [jcincilla@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899

I further certify that on September 21, 2006, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### *By E-Mail*

>Yosef J. Riemer [yriemer@kirkland.com]
>Gregory T. Heyman [gheyman@kirkland.com]
>KIRKLAND & ELLIS LLP
>153 East 53rd Street
>New York, NY  10022
>
>Mark L. Kovner [mkovner@kirkland.com]
>Michael S. Becker [mbecker@kirkland.com]
>KIRKLAND & ELLIS LLP
>655 Fifteenth Street, NW
>Suite 1200
>Washington, DC  20005

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*Karen L. Pascale*
>
>C. Barr Flinn (#4092) [bflinn@ycst.com]
>Karen L. Pascale (#2903)  [kpascale@ycst.com]
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>(302) 571-6600

- and-

Richard S. Order
Mark D. Alexander
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860)275-8100

*Attorneys for Plaintiff INEOS Fluor Americas LLC*

2

CERTIFICATION BY COUNSEL
<u>TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted, practicing and in good standing as a member of the Bars of New York and the District

of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this

Court for any misconduct which occurs in the preparation or course of this action.  I also certify I

am generally familiar with this Court's Local Rules.


Aaron C. Brinkman
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT  06103-3702
(860) 275-8100
(860) 275-8101 (fax)
acb@avhlaw.com.

DATED:  September /5, 2006

CTDOCS:17162.1