IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INEOS FLUOR AMERICAS LLC,<br><br>      Plaintiff,<br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>      Defendant. | :<br>:<br>:<br>:  C.A. No. 06-189-SLR<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 22, 2006 copies of:

*Plaintiff INEOS Fluor Americas LLC's Responses and Objections to Defendant Honeywell's First Set of Interrogatories*,

were served upon the following counsel of record as indicated below.

*By First Class U.S. Mail, Postage Prepaid*

Martin P. Tully, Esquire
Jason A. Cincilla, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Yosef J. Riemer, Esquire
Andrew R. Dunlap, Esquire
Michael D. Reisman, Esquire
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022

Mark L. Kovner, Esquire
Michael S. Becker, Esquire
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005-5793

PLEASE TAKE FURTHER NOTICE that on September 25, 2006, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Martin P. Tully, Esquire [mtully@nmat.com]
>Jason A. Cincilla, Esquire [jcincilla@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899

Additionally, I further certify that on September 25, 2006, I caused a copy of the foregoing document to be served on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>***By E-Mail***
>
>Martin P. Tully, Esquire [mtully@nmat.com]
>Jason A. Cincilla, Esquire [jcincilla@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>
>Yosef J. Riemer, Esquire [yriemer@kirkland.com]
>Andrew R. Dunlap, Esquire [adunlap@kirkland.com]
>Michael D. Reisman, Esquire [mreisman@kirkland.com]
>KIRKLAND & ELLIS LLP
>153 East 53rd Street
>New York, NY  10022
>
>Mark L. Kovner, Esquire [mkovner@kirkland.com]
>Michael S. Becker, Esquire [mbecker@kirkland.com]
>KIRKLAND & ELLIS LLP
>655 Fifteenth Street, NW
>Suite 1200
>Washington, DC  20005

|  |  |
|---|---|
| September 25, 2006 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Karen L. Pascale*<br>_____<br>C. Barr Flinn (#4092) [bflinn@ycst.com]<br>Karen L. Pascale (#2903) [kpascale@ycst.com]<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br><br> - and-<br><br>Richard S. Order<br>Mark D. Alexander<br>Aaron C. Brinkman<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103<br>(860)275-8100<br><br>*Attorneys for Plaintiff INEOS Fluor Americas LLC* |