UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| INEOS FLUOR AMERICAS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>*Defendant.* | C.A. No. 06-189 (SLR) |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Honeywell International, Inc. will take the deposition upon oral examination of *David Price*, Chief Executive Officer, INEOS Fluor Ltd., beginning at 9.00 a.m. on December 14, 2006 at the offices of Morris, Nichols, Arstht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19899.

The oral examination will be recorded by stenographic and videographic means, will take place before a notary public or other person authorized by law to administer oaths, and will continue from day to day until completed.

You are invited to attend and examine the witness.

Dated: October 20, 2006

Of Counsel:

| | |
|---|---|
| KIRKLAND & ELLIS LLP | /s/ Jason A. Cincilla<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Yosef J. Riemer<br>Mark L. Kovner<br>Michael S. Becker<br>Andrew R. Dunlap<br>Michael D. Reisman | Martin P. Tully (#465)<br>Jason A. Cincilla (#4232)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Tel: (302) 658-9200 |
| Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022<br>Tel: (212) 446-4800 | *Attorneys for Honeywell International, Inc.* |
| 655 Fifteenth Street, NW<br>Suite 1200<br>Washington, DC 20005<br>Tel: (202) 879-5000 | |

*Attorneys for Honeywell International, Inc.*

## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, Esquire, hereby certify that copies of the foregoing **NOTICE OF DEPOSITION** were served by my co-counsel on October 20, 2006 as follows:

### BY ELECTRONIC MAIL:

Richard S. Order, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square, 11th Floor
Hartford, Connecticut 06103
rso@avhlaw.com

I further certify that copies of the foregoing **NOTICE OF DEPOSITION** were served on October 24, 2006 as follows:

### BY ELECTRONIC FILING:

C. Barr Flinn, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391

/s/ Jason A. Cincilla
Jason A. Cincilla (#4232)

514330