**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **INEOS FLUOR AMERICAS LLC,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **C.A. No. 06-189 (SLR)** |
| | ) | |
| **HONEYWELL INTERNATIONAL INC.,** | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Honeywell International, Inc. will take the deposition upon oral examination of ***Tobias Hanneman***, INEOS Phenol, Inc., beginning at 9.00 a.m. on December 1, 2006 at the offices of Morris, Nichols, Arstht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19899.

The oral examination will be recorded by stenographic and videographic means, will take place before a notary public or other person authorized by law to administer oaths, and will continue from day to day until completed.

You are invited to attend and examine the witness.

Dated: October 20, 2006

Of Counsel:

|  | /s/ Jason A. Cincilla |
|---|---|

KIRKLAND & ELLIS LLP

Yosef J. Riemer
Mark L. Kovner
Michael S. Becker
Andrew R. Dunlap
Michael D. Reisman

Citigroup Center
153 East 53rd Street
New York, NY 10022
Tel: (212) 446-4800

655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005
Tel: (202) 879-5000

*Attorneys for Honeywell International, Inc.*

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

Martin P. Tully (#465)
Jason A. Cincilla (#4232)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Tel: (302) 658-9200

*Attorneys for Honeywell International, Inc.*

## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, Esquire, hereby certify that copies of the foregoing **NOTICE**

**OF DEPOSITION** were served by my co-counsel on October 20, 2006 as follows:

### BY ELECTRONIC MAIL:

Richard S. Order, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square, 11th Floor
Hartford, Connecticut 06103
rso@avhlaw.com


I further certify that copies of the foregoing **NOTICE OF DEPOSITION** were

served on October 24, 2006 as follows:

### BY ELECTRONIC FILING:

C. Barr Flinn, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391


_____ */s/ Jason A. Cincilla* _____
Jason A. Cincilla (#4232)

514330