IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INEOS FLUOR AMERICAS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC.,<br><br>    Defendant. | Civil Action No. 06-189-SLR |

## NOTICE OF SERVICE

I, Jason A. Cincilla, Esquire, hereby certify that copies of **HONEYWELL'S FIRST SUPPLEMENTED RESPONSES AND OBJECTIONS TO INEOS FLUOR AMERICAS LLC'S FIRST SET OF INTERROGATORIES** were served by my co-counsel on November 28, 2006 as follows:

**BY ELECTRONIC MAIL and FEDERAL EXPRESS:**

Richard S. Order, Esq.
Mark D. Alexander, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square, 11th Floor
Hartford, Connecticut 06103
rso@avhlaw.com
mda@avhlaw.com

C. Barr Flinn, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
bflinn@ycst.com
kpascale@ycst.com

2

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        /s/ Jason A. Cincilla
        _____
        Martin P. Tully (#465)
        Jason A. Cincilla (#4232)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        (302) 658-9200

        KIRKLAND & ELLIS LLP
        Yosef J. Riemer
        Gregory T. Heyman
        153 East 53rd Street
        New York, NY 10022
        (212) 446-4800

        -and-

        Mark L. Kovner
        Michael S. Becker
        655 Fifteenth Street, NW
        Suite 1200
        Washington, DC 20005-5793
        (202) 879-5000

        *Attorneys for Defendant Honeywell International, Inc.*

Dated: November 30, 2006

525561

## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, Esquire, hereby certify that copies of the foregoing **NOTICE OF SERVICE** were served on November 30, 2006 as follows:

### BY ELECTRONIC FILING:

Richard S. Order, Esq.
Mark D. Alexander, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square, 11th Floor
Hartford, Connecticut 06103
rso@avhlaw.com
mda@avhlaw.com


C. Barr Flinn, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
bflinn@ycst.com
kpascale@ycst.com

　　　　　　　　　　　　　　　　　　*/s/ Jason A. Cincilla*
　　　　　　　　　　　　　　　　　　Jason A. Cincilla (#4232)