# YOUNG CONAWAY STARGATT & TAYLOR, LLP

KAREN L. PASCALE
DIRECT DIAL: (302) 571-5001
DIRECT FAX: (302) 576-3516
kpascale@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

February 20, 2007

**BY E-FILE**

Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:    INEOS Fluor Americas LLC v. Honeywell International Inc.;
             C.A. No. 06-189-SLR

Dear Chief Judge Robinson:

       After careful consideration of the Court's guidance concerning the appropriate characteristics for any INEOS designee to be authorized to view information which Honeywell has designated as "Highly Confidential" in the above-captioned matter, INEOS Fluor Americas LLC has determined that the potential designees capable of providing meaningful assistance if authorized to view Honeywell's Highly Confidential Information would not satisfy the Court's criteria. Consequently, INEOS has determined not to pursue at this time the designation of the additional INEOS representative contemplated by Paragraph 3(b) of the Confidentiality Stipulation and Protective Order (D.I. 25). Therefore, INEOS respectfully requests that the teleconference scheduled for February 23, 2007 at 8:00 a.m. EST to discuss this issue be cancelled.

                                          Respectfully submitted,

                                          Karen L. Pascale (#2903)
                                          [kpascale@ycst.com]
                                          *Attorney for Plaintiff*
                                          *INEOS Fluor Americas LLC*

cc:    Clerk of Court (by hand)
        Martin P. Tully, Esq. (by hand and e-mail)
        Yosef J. Riemer, Esq. (by e-mail)
        Richard S. Order, Esq. (by e-mail)
        Mark D. Alexander, Esq. (by e-mail)