IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INEOS FLUOR AMERICAS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-189 (SLR)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Honeywell International, Inc. will take the deposition upon oral examination of **Ron Coyle**, INEOS Phenol Inc., beginning at 8:30 a.m. on February 27, 2007 at the Mobile Marriott, 3101 Airport Blvd., Mobile, AL 36606.

The oral examination will be recorded by stenographic and videographic means, will take place before a notary public or other person authorized by law to administer oaths, and will continue from day to day until completed.

You are invited to attend and examine the witness.

*[Remainder of page intentionally left blank.]*

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        /s/ Jason A. Cincilla
                                        Martin P. Tully (#465)
                                        Jason A. Cincilla (#4232)
                                        1201 North Market Street
                                        P.O. Box 1347
                                        Wilmington, DE 19899
                                        (302) 658-9200

                                        *Attorneys for Honeywell International, Inc.*

OF COUNSEL:

KIRKLAND & ELLIS LLP
Yosef J. Riemer
Mark L. Kovner
Michael S. Becker
Andrew R. Dunlap
Michael D. Reisman

Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005
(202) 879-5000

Dated: February 21, 2007


746549.1

## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, hereby certify that on February 21, 2007, my co-counsel, Michael D. Reisman, Esquire, caused copies of the foregoing document to be served upon the following counsel of record as indicated:

### *By Federal Express and E-mail*

Richard S. Order     [rso@avhlaw.com]
Mark D. Alexander    [mda@avhlaw.com]
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

C. Barr Flinn       [bflinn@ycst.com]
Karen L. Pascale    [kpascale@ycst.com]
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

_____
Jason A. Cincilla (#4232)