UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| INEOS FLUOR AMERICAS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL INTERNATIONAL INC., )<br>)<br>Defendant. )<br>) | C.A. No. 06-189 (SLR) |

### AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Honeywell International, Inc. will take the deposition upon oral examination of **John Pacillo**, INEOS Fluor Americas LLC, beginning at 9 a.m. on March 9, 2007, at Kirkland & Ellis LLP, 153 E. 53rd Street, New York, NY 10022.

The oral examination will be recorded by stenographic and videographic means, will take place before a notary public or other person authorized by law to administer oaths, and will continue from day to day until completed.

You are invited to attend and examine the witness.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jason A. Cincilla
Martin P. Tully (#465)
Jason A. Cincilla (#4232)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Honeywell International, Inc.*

OF COUNSEL:

KIRKLAND & ELLIS LLP
Yosef J. Riemer
Mark L. Kovner
Michael S. Becker
Andrew R. Dunlap
Michael D. Reisman

Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

655 Fifteenth Street, NW
Suite 1200
Washington, DC  20005
(202) 879-5000

Dated:  March 6, 2007


757481.1

## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, hereby certify that on March 6, 2007, my co-counsel, Michael D. Reisman, Esquire, caused copies of the foregoing document to be served upon the following counsel of record as indicated:

### *By Federal Express and E-mail*

Richard S. Order     [rso@avhlaw.com]
Mark D. Alexander    [mda@avhlaw.com]
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

C. Barr Flinn       [bflinn@ycst.com]
Karen L. Pascale    [kpascale@ycst.com]
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

Jason A. Cincilla (#4232)