IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INEOS FLOUR AMERICAS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-189 SLR |
| ) | |
| HONEYWELL INTERNATIONAL INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT NOTICE OF NO OBJECTION TO MOTIONS
FOR ISSUANCE OF LETTERS ROGATORY (D.I. NOS. 66 AND 69)**

On February 23, 2007, Plaintiff Ineos Fluor Americas LLC ("Ineos") filed a motion for issuance of letters rogatory (D.I. 66) (the "Ineos Motion") for the purpose of obtaining documents and a deposition from a Mexican company – Mexichem Fluor. On March 5, 2007, Defendant Honeywell International Inc. ("Honeywell") filed a substantively similar motion (D.I. 69) (the "Honeywell Motion"). The parties, through their undersigned attorneys of record, hereby certify that Honeywell does not oppose the Ineos motion and Ineos does not oppose the Honeywell motion, and respectfully request that the Court grant the orders associated with those unopposed motions.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Karen L. Pascale* | */s/ Jason A. Cincilla* |
| C. Barr Flinn (#4092) | Martin P. Tully (#465) |
| Karen L. Pascale (#2903) | Jason A. Cincilla (#4232) |
| The Brandywine Building | 1201 N. Market Street |
| 1000 West Street, 17th Floor | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 571-6600 | (302) 658-9200 |
| *Attorneys for Plaintiff,* | *Attorneys for Defendant,* |
| *INEOS Fluor Americas LLC* | *Honeywell International Inc.* |

March 14, 2007