## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

INEOS FLUOR AMERICAS, LLC,

          Plaintiff,

v.

HONEYWELL INTERNATIONAL, INC.,

          Defendant.

Civil Action No. 06-189-SLR

## NOTICE OF SERVICE

I, Jason A. Cincilla, Esquire, hereby certify that copies of **HONEYWELL'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS** and **HONEYWELL'S THIRD SET OF INTERROGATORIES** were served by my co-counsel on March 13, 2007 as follows:

### BY ELECTRONIC MAIL and FEDERAL EXPRESS:

Richard S. Order, Esq.
Mark D. Alexander, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square, 11th Floor
Hartford, Connecticut 06103
rso@avhlaw.com
mda@avhlaw.com

C. Barr Flinn, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391
bflinn@ycst.com
kpascale@ycst.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Martin P. Tully (#465)
Jason A. Cincilla (#4232)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200


KIRKLAND & ELLIS LLP
Yosef J. Riemer
Gregory T. Heyman
153 East 53rd Street
New York, NY 10022
(212) 446-4800

-and-

Mark L. Kovner
Michael S. Becker
655 Fifteenth Street, NW
Suite 1200
Washington, DC  20005-5793
(202) 879-5000

*Attorneys for Defendant Honeywell International, Inc.*


Dated:  March 14, 2007

525561

2

## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, Esquire, hereby certify that copies of the foregoing **NOTICE**

**OF SERVICE** were served on March 14, 2006 as follows:

### BY ELECTRONIC FILING:

Richard S. Order, Esq.
Mark D. Alexander, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square, 11th Floor
Hartford, Connecticut 06103
rso@avhlaw.com
mda@avhlaw.com


C. Barr Flinn, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
bflinn@ycst.com
kpascale@ycst.com


Jason A. Cincilla (#4232)