## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **INEOS FLUOR AMERICAS LLC,** )<br><br>*Plaintiff,* )<br><br>v. )<br><br>**HONEYWELL INTERNATIONAL INC.,** )<br><br>*Defendant.* ) | **C.A. No. 06-189 (SLR)** |

## AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Honeywell International Inc. will take the deposition upon oral examination of **Tobias Hannemann**, INEOS Phenol, Inc., beginning at 9:00 a.m. on March 20, 2007, at Kirkland & Ellis LLP, 153 E. 53rd Street, New York, NY 10022.

The oral examination will be recorded by stenographic and videographic means, will take place before a notary public or other person authorized by law to administer oaths, and will continue from day to day until completed.

You are invited to attend and examine the witness.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Martin P. Tully (#465)
Jason A. Cincilla (#4232)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*Attorneys for Defendant Honeywell International Inc.*

OF COUNSEL:

KIRKLAND & ELLIS LLP
Yosef J. Riemer
Andrew R. Dunlap
Michael D. Reisman
153 East 53rd Street
New York, NY 10022
(212) 446-4800

-and-

Mark L. Kovner
Michael S. Becker
Julie Brennan Jacobs
655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005-5793
(202) 879-5000

Dated:  March 16, 2007

765901.1

<u>**CERTIFICATE OF SERVICE**</u>

I, Jason A. Cincilla, Esquire, hereby certify that copies of **AMENDED NOTICE**

**OF DEPOSITION** were served on March 16, 2007 as follows:

<u>**BY ELECTRONIC FILING:**</u>

C. Barr Flinn, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391

<u>**BY EMAIL:**</u>

Richard S. Order, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square, 11th Floor
Hartford, Connecticut 06103
rso@avhlaw.com

Jason A. Cincilla (#4232)