IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INEOS FLUOR AMERICAS LLC,                  :

           Plaintiff,                           :

    v.                                                :

                                :    C.A. No.  06-189-SLR

HONEYWELL INTERNATIONAL INC.,              :

           Defendant.                          :

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Elizabeth T. Timkovich of Axinn, Veltrop & Harkrider LLP, 90 State House Square, Hartford, CT 06103-3702, (860) 275-8100, (860) 275-8101 (fax), to represent plaintiff INEOS Fluor Americas LLC in this matter.  Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

YOUNG CONAWAY STARGATT & TAYLOR LLP

C. Barr Flinn (No. 4092) [bflinn@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Chad S. C. Stover (No. 4919) [cstover@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Tel.: 302-571-6600
*Attorneys for Plaintiff INEOS Fluor Americas LLC*

Dated:  March 29, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Elizabeth T. Timkovich is granted.

Date: _____, 2007          _____
                                         United States District Judge

DB02:5522126.1

## CERTIFICATE OF SERVICE

I, Chad S. C. Stover, Esquire, hereby certify that on March 29, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Martin P. Tully [mtully@nmat.com]
> Jason A. Cincilla [jcincilla@mnat.com]
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899

I further certify that on March 29, 2007, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> ### By E-Mail
>
> Yosef J. Riemer [yriemer@kirkland.com]
> Andrew R. Dunlap [adunlap@kirkland.com]
> KIRKLAND & ELLIS LLP
> 153 East 53rd Street
> New York, NY  10022
>
> Mark L. Kovner [mkovner@kirkland.com]
> Michael S. Becker [mbecker@kirkland.com]
> KIRKLAND & ELLIS LLP
> 655 Fifteenth Street, NW
> Suite 1200
> Washington, DC  20005

Chad S. C. Stover (No. 4919) [cstover@ycst.com]
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
stover@ycst.com

*Attorneys for Plaintiff, INEOS Fluor Americas LLC*

CERTIFICATION BY COUNSEL
TO BE ADMITTED PRO HAC VICE


Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and

am admitted, practicing and in good standing as a member of the Bar of the State of Connecticut,

and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any

misconduct which occurs in the preparation or course of this action.  I also certify I am generally

familiar with this Court's Local Rules.


Elizabeth T. Timkovich
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, Connecticut 06103
Telephone:  860-275-8100
Facsimile:  860-275-8101
e-mail:  ett@avhlaw.com

DATED:  March 28, 2007

CTDOCS:18824.1