IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INEOS FLUOR AMERICAS LLC,

        Plaintiff,

    v.

HONEYWELL INTERNATIONAL INC.,

        Defendant.

:
:
:
:
:
:    C.A. No. 06-189-SLR
:
:
:
:
:

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 16, 2007 copies of:

> *Plaintiff INEOS Fluor Americas LLC's Responses and Objections to Defendant Honeywell's Third Set of Interrogatories*; and

> *Plaintiff INEOS Fluor Americas LLC's Responses and Objections to Defendant Honeywell's Third Request for Production of Documents*,

were served upon the following counsel of record as indicated below.

### *By First Class U.S. Mail, Postage Prepaid*

Martin P. Tully, Esquire
Jason A. Cincilla, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Yosef J. Riemer, Esquire
Andrew R.Dunlap, Esquire
Michael D. Reisman, Esquire
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022

Mark L. Kovner, Esquire
Michael S. Becker, Esquire
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Suite 1200
Washington, DC  20005-5793

PLEASE TAKE FURTHER NOTICE that on April 17, 2007, the undersigned has

electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court

using CM/ECF, which will send notification that such filing is available for viewing and

downloading to the following counsel of record:

Martin P. Tully, Esquire [mtully@nmat.com]
Jason A. Cincilla, Esquire [jcincilla@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

Additionally, I further certify that on April 17, 2007, I caused a copy of the foregoing

document to be served on the above-listed counsel of record and on the following non-registered

participants in the manner indicated:

### *By E-Mail*

Martin P. Tully, Esquire [mtully@nmat.com]
Jason A. Cincilla, Esquire [jcincilla@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

Yosef J. Riemer, Esquire [yriemer@kirkland.com]
Andrew R. Dunlap, Esquire [adunlap@kirkland.com]
Michael D. Reisman, Esquire [mreisman@kirkland.com]
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY  10022

Mark L. Kovner, Esquire [mkovner@kirkland.com]
Michael S. Becker, Esquire [mbecker@kirkland.com]
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Suite 1200
Washington, DC  20005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Karen L. Pascale*

April 17, 2007

C. Barr Flinn (#4092) [bflinn@ycst.com]
Karen L. Pascale (#2903)  [kpascale@ycst.com]
Chad S.C. Stover (#4919) [cstover@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

 - and-

Richard S. Order
Mark D. Alexander
Aaron C. Brinkman
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860)275-8100

*Attorneys for Plaintiff INEOS Fluor Americas LLC*