IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INEOS FLUOR AMERICAS LLC, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-189-SLR |
| HONEYWELL INTERNATIONAL INC., | : |
| Defendant. | : |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of:

*Plaintiff INEOS Fluor Americas LLC's Responses and Objections to Defendant Honeywell's Fifth Request for Production of Documents*,

were served upon the following counsel of record as indicated below.

### *By E-Mail on 4/26/07*

Andrew R. Dunlap, Esquire [adunlap@kirkland.com]
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY  10022

### *By First Class U.S. Mail, Postage Prepaid on 4/27/07*

Martin P. Tully, Esquire
Jason A. Cincilla, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

Yosef J. Riemer, Esquire
Andrew R.Dunlap, Esquire
Michael D. Reisman, Esquire
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY  10022

Mark L. Kovner, Esquire
Michael S. Becker, Esquire
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005-5793

PLEASE TAKE FURTHER NOTICE that on April 27, 2007, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Martin P. Tully, Esquire [mtully@nmat.com]
Jason A. Cincilla, Esquire [jcincilla@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Additionally, I further certify that on April 27, 2007, I caused a copy of the foregoing document to be served on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### *By E-Mail*

Martin P. Tully, Esquire [mtully@nmat.com]
Jason A. Cincilla, Esquire [jcincilla@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Yosef J. Riemer, Esquire [yriemer@kirkland.com]
Andrew R. Dunlap, Esquire [adunlap@kirkland.com]
Michael D. Reisman, Esquire [mreisman@kirkland.com]
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022

Mark L. Kovner, Esquire [mkovner@kirkland.com]
Michael S. Becker, Esquire [mbecker@kirkland.com]
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

April 27, 2007

/s/ Karen L. Pascale
C. Barr Flinn (#4092) [bflinn@ycst.com]
Karen L. Pascale (#2903) [kpascale@ycst.com]
Chad S.C. Stover (#4919) [cstover@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

- and-

Richard S. Order
Mark D. Alexander
Aaron C. Brinkman
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

*Attorneys for Plaintiff INEOS Fluor Americas LLC*