IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INEOS FLUOR AMERICAS, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>HONEYWELL INTERNATIONAL, INC.,<br><br>    Defendant. | Civil Action No. 06-189-SLR |

## NOTICE OF SERVICE

I, Jason A. Cincilla, Esquire, hereby certify that copies of the **EXPERT REPORT OF DAVID T. SCHEFFMAN, Ph.D.** were served by my co-counsel on May 2, 2007 as follows:

### BY FEDERAL EXPRESS:

Richard S. Order, Esq.
Mark D. Alexander, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square, 11th Floor
Hartford, Connecticut 06103
rso@avhlaw.com
mda@avhlaw.com

C. Barr Flinn, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
bflinn@ycst.com
kpascale@ycst.com

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Jason A. Cincilla*
                Martin P. Tully (#465)
                Jason A. Cincilla (#4232)
                1201 North Market Street
                P.O. Box 1347
                Wilmington, DE 19899
                (302) 658-9200

                KIRKLAND & ELLIS LLP
                Yosef J. Riemer
                Gregory T. Heyman
                153 East 53rd Street
                New York, NY 10022
                (212) 446-4800

                -and-

                Mark L. Kovner
                Michael S. Becker
                655 Fifteenth Street, NW
                Suite 1200
                Washington, DC  20005-5793
                (202) 879-5000

                *Attorneys for Defendant Honeywell International, Inc.*

Dated:  May 3, 2007

525561

## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, Esquire, hereby certify that copies of the foregoing **NOTICE OF SERVICE** were served on May 3, 2007 as follows:

### BY ELECTRONIC FILING:

Richard S. Order, Esq.
Mark D. Alexander, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square, 11th Floor
Hartford, Connecticut 06103
rso@avhlaw.com
mda@avhlaw.com


C. Barr Flinn, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
bflinn@ycst.com
kpascale@ycst.com

_____
Jason A. Cincilla (#4232)