IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INEOS FLUOR AMERICAS, LLC, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-189 SLR |
| HONEYWELL INTERNATIONAL, INC., | : | |
| Defendant. | : | |

## HONEYWELL'S MOTION TO COMPEL
## DOCUMENTS FROM THIRD PARTY LUCITE INTERNATIONAL

Defendant Honeywell International Inc. ("Honeywell") hereby moves to compel third party Lucite International to produce documents relevant to the claims of plaintiff Ineos Fluor Americas LLC ("Ineos") in this case. The grounds for this motion are set forth in Honeywell's opening brief, filed herewith.

PROCTOR HEYMAN LLP

*/s/ Patricia L. Enerio*

Kurt M. Heyman (# 3054)
E-mail: kheyman@proctorheyman.com
Patricia L. Enerio (# 3728)
E-mail: penerio@proctorheyman.com
1116 West Street
Wilmington, DE 19801
(302) 472-7300

Attorneys for Defendant
Honeywell International, Inc.

OF COUNSEL:

KIRKLAND & ELLIS LLP
Yosef J. Riemer
Andrew R. Dunlap
Michael D. Reisman
153 East 53rd Street
New York, NY 10022
(212) 446-4800


KIRKLAND & ELLIS LLP
Mark L. Kovner
Michael S. Becker
Julie Brennan Jacobs
655 Fifteenth Street, NW, Suite 1200
Washington, DC  20005-5793
(202) 879-5000


Dated:  May 11, 2007

## CERTIFICATE OF SERVICE

Patricia L. Enerio, Esquire, hereby certifies that on May 11, 2007, copies of the foregoing Motion to Compel Documents from Third Party Lucite International were served electronically and via hand delivery on the parties listed below:

> C. Barr Flinn, Esquire
> Chad S.C. Stover, Esquire
> Karen L. Pascale, Esquire
> Young, Conaway, Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

> Jason A. Cincilla, Esquire
> Martin P. Tully, Esquire
> Morris, Nichols, Arsht, & Tunnell
> 1201 North Market Street
> Wilmington, DE 19899

_/s/ Patricia L. Enerio_
Patricia L. Enerio (# 3728)

## CERTIFICATION PURSUANT TO D.DEL. LR 7.1.1

The undersigned counsel for Defendant Honeywell International Inc., who has been admitted *pro hac vice*, hereby certifies that he has made a reasonable effort to reach agreement on the matters set forth in the attached motion.

/s/ Andrew R. Dunlap
Andrew R. Dunlap