IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INEOS FLUOR AMERICAS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>*Defendant.* | C.A. No. 06-189 (SLR) |

## HONEYWELL'S MOTION TO COMPEL

Defendant Honeywell International Inc. ("Honeywell") hereby moves to compel plaintiff Ineos Fluor Americas LLC ("Ineos") to provide deposition testimony, documents, and answers to Interrogatories that are relevant to its claims in this case. The grounds for this motion are set forth in Honeywell's opening brief, filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jason A. Cincilla
Martin P. Tully (#465)
Jason A. Cincilla (#4232)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*Attorneys for Defendant Honeywell International Inc.*

OF COUNSEL:

KIRKLAND & ELLIS LLP
Yosef J. Riemer
Andrew R. Dunlap
Michael D. Reisman
153 East 53rd Street
New York, NY 10022
(212) 446-4800

-and-

Mark L. Kovner
Michael S. Becker
Julie Brennan Jacobs
655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005-5793
(202) 879-5000

May 11, 2007

824913.1

# CERTIFICATE OF SERVICE

I, Jason A. Cincilla, Esquire, hereby certify that copies of **HONEYWELL'S MOTION TO COMPEL** were served on May 11, 2007 as follows:

### BY ELECTRONIC FILING and HAND DELIVERY:

C. Barr Flinn, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

### BY FEDERAL EXPRESS:

Richard S. Order, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square, 11th Floor
Hartford, Connecticut 06103
rso@avhlaw.com

_____
Jason A. Cincilla (#4232)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INEOS FLUOR AMERICAS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>*Defendant.* | C.A. No. 06-189 (SLR) |

## ORDER

THIS _____ day of _____, 2007, the Court having considered Defendant Honeywell International Inc.'s ("Honeywell") Motion to Compel,

IT IS HEREBY ORDERED that Defendant Honeywell International Inc.'s Motion To Compel is GRANTED.

_____
Hon. Sue L. Robinson
Chief Judge