# SEALED DOCUMENT

# Confidential Exhibit

# Filed Separately Under Seal