IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INEOS FLUOR AMERICAS LLC, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) C.A. No. 06-189-SLR |
| | ) |
| HONEYWELL INTERNATIONAL INC., | ) |
| | ) **REDACTED** |
| *Defendant.* | ) |
| | ) |

APPENDIX OF EXHIBITS CITED IN
PLAINTIFF INEOS FLUOR AMERICAS LLC'S
MOTION TO COMPEL PRODUCTION OF DOCUMENTS
FROM HONEYWELL INTERNATIONAL INC.
<u>VOLUME I</u>

YOUNG CONAWAY STARGATT & TAYLOR, LLP
C. Barr Flinn (#4092) [bflinn@ycst.com]
Karen L. Pascale (#2903) [kpascale@ycst.com]
Chad S.C. Stover (#4919) [cstover@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

- and-

AXINN, VELTROP & HARKRIDER LLP
Richard S. Order
Mark D. Alexander
Aaron C. Brinkman
90 State House Square
Hartford, CT 06103
(860) 275-8100

*Attorneys for Plaintiff, INEOS Fluor Americas LLC*

May 11, 2007

# EXHIBIT A

to Appendix of Exhibits Cited in
Plaintiff Ineos Fluor Americas LLC's
Motion to Compel Production of Documents
from Honeywell International Inc.
Volume 1

# REDACTED IN FULL

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on May 11, 2007, I caused to be electronically filed a true and correct copy of the foregoing sealed document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Martin P. Tully [mtully@nmat.com]
>Jason A. Cincilla [jcincilla@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899

I further certify that on May 11, 2007, I caused a copy of the foregoing sealed document to be served by hand delivery and e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>***By E-Mail***
>
>Yosef J. Riemer [yriemer@kirkland.com]
>Andrew R. Dunlap [adunlap@kirkland.com]
>KIRKLAND & ELLIS LLP
>153 East 53rd Street
>New York, NY 10022
>
>Mark L. Kovner [mkovner@kirkland.com]
>Michael S. Becker [mbecker@kirkland.com]
>KIRKLAND & ELLIS LLP
>655 Fifteenth Street, NW
>Suite 1200
>Washington, DC 20005

>/s/ *Karen L. Pascale*
>_____
>Karen L. Pascale (#2903)
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>(302) 571-6600
>kpascale@ycst.com
>
>*Attorneys for Plaintiff, INEOS Fluor Americas LLC*

**CERTIFICATE OF SERVICE**

  I, Chad S.C. Stover, Esquire, hereby certify that on May 18, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Martin P. Tully [mtully@nmat.com]
> Jason A. Cincilla [jcincilla@mnat.com]
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899

  I further certify that on May 18, 2007, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> ***By E-Mail***
>
> Yosef J. Riemer [yriemer@kirkland.com]
> Andrew R. Dunlap [adunlap@kirkland.com]
> KIRKLAND & ELLIS LLP
> 153 East 53rd Street
> New York, NY 10022
>
> Mark L. Kovner [mkovner@kirkland.com]
> Michael S. Becker [mbecker@kirkland.com]
> KIRKLAND & ELLIS LLP
> 655 Fifteenth Street, NW
> Suite 1200
> Washington, DC 20005

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/ Chad S.C. Stover*
> _____
> Chad S.C. Stover (No. 4919
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
> (302) 571-6600
> *cstover@ycst.com*
>
> *Attorneys for Plaintiff, INEOS Fluor Americas LLC*