IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INEOS FLUOR AMERICAS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-189-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**REDACTED**

APPENDIX OF EXHIBITS CITED IN
PLAINTIFF INEOS FLUOR AMERICAS LLC'S
MOTION TO COMPEL PRODUCTION OF DOCUMENTS
FROM HONEYWELL INTERNATIONAL INC.
<u>VOLUME II</u>

YOUNG CONAWAY STARGATT & TAYLOR, LLP
C. Barr Flinn (#4092) [bflinn@ycst.com]
Karen L. Pascale (#2903) [kpascale@ycst.com]
Chad S.C. Stover (#4919) [cstover@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

- and-

AXINN, VELTROP & HARKRIDER LLP
Richard S. Order
Mark D. Alexander
Aaron C. Brinkman
90 State House Square
Hartford, CT 06103
(860) 275-8100

*Attorneys for Plaintiff, INEOS Fluor Americas LLC*

May 11, 2007

# EXHIBITS B - E

to Appendix of Exhibits Cited in
Plaintiff Ineos Fluor Americas LLC's
Motion to Compel Production of Documents
from Honeywell International Inc.
Volume 2

# REDACTED IN FULL

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on May 11, 2007, I caused to be electronically filed a true and correct copy of the foregoing sealed document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Martin P. Tully [mtully@nmat.com]
> Jason A. Cincilla [jcincilla@mnat.com]
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899

I further certify that on May 11, 2007, I caused a copy of the foregoing sealed document to be served by hand delivery and e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### *By E-Mail*

> Yosef J. Riemer [yriemer@kirkland.com]
> Andrew R. Dunlap [adunlap@kirkland.com]
> KIRKLAND & ELLIS LLP
> 153 East 53rd Street
> New York, NY 10022

> Mark L. Kovner [mkovner@kirkland.com]
> Michael S. Becker [mbecker@kirkland.com]
> KIRKLAND & ELLIS LLP
> 655 Fifteenth Street, NW
> Suite 1200
> Washington, DC 20005

/s/ *Karen L. Pascale*
_____
Karen L. Pascale (#2903)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kpascale@ycst.com

*Attorneys for Plaintiff, INEOS Fluor Americas LLC*

**CERTIFICATE OF SERVICE**

     I, Chad S.C. Stover, Esquire, hereby certify that on May 18, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

          Martin P. Tully [mtully@nmat.com]
          Jason A. Cincilla [jcincilla@mnat.com]
          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE  19899

     I further certify that on May 18, 2007, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

          ***By E-Mail***

          Yosef J. Riemer [yriemer@kirkland.com]
          Andrew R. Dunlap [adunlap@kirkland.com]
          KIRKLAND & ELLIS LLP
          153 East 53rd Street
          New York, NY  10022

          Mark L. Kovner [mkovner@kirkland.com]
          Michael S. Becker [mbecker@kirkland.com]
          KIRKLAND & ELLIS LLP
          655 Fifteenth Street, NW
          Suite 1200
          Washington, DC  20005

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          */s/ Chad S.C. Stover*
          _____
          Chad S.C. Stover (No. 4919
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, DE 19801
          (302) 571-6600
          *cstover@ycst.com*

          *Attorneys for Plaintiff, INEOS Fluor Americas LLC*