# THIS IS A SEALED DOCUMENT.

THIS IS A SEALED DOCUMENT.