**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **INEOS FLUOR AMERICAS LLC,** )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>**HONEYWELL INTERNATIONAL INC.,** )<br>)<br>*Defendant.* )<br>) | C.A. No. 06-189-SLR |

**APPENDIX OF EXHIBITS CITED IN LUCITE INTERNATIONAL'S
ANSWERING BRIEF IN OPPOSITION TO HONEYWELL'S MOTION
TO COMPEL DOCUMENTS FROM LUCITE INTERNATIONAL**

**VOLUME II**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
C. Barr Flinn (#4092) [bflinn@ycst.com]
Karen L. Pascale (#2903) [kpascale@ycst.com]
Chad S.C. Stover (#4919) [cstover@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

 - and-

AXINN, VELTROP & HARKRIDER LLP
Richard S. Order [rso@avhlaw.com]
Mark D. Alexander [mda@avhlaw.com]
Aaron C. Brinkman [acb@avhlaw.com]
Elizabeth T. Timkovich [ett@avhlaw.com]
90 State House Square
Hartford, CT 06103
(860) 275-8100

*Attorneys for Non-party Lucite International*

May 29, 2007

DB02:6006915.1

The following exhibit is contained in this Appendix:

    Exhibit C:    Transcript of Ron Coyle Deposition, Feb. 28, 2007 (pp. 1 and 15-17).

**CERTIFICATE OF SERVICE**

  I, Karen L. Pascale, Esquire, hereby certify that on May 29, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Kurt M. Heyman [kheyman@proctorheyman.com]
> Patricia L. Enerio [penerio@proctorheyman.com]
> PROCTOR HEYMAN LLP
> 1116 West Street
> Wilmington, DE 19801
>
> Martin P. Tully [mtully@nmat.com]
> Jason A. Cincilla [jcincilla@mnat.com]
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899

  I further certify that on May 29, 2007, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> ***By E-Mail***
>
> Yosef J. Riemer [yriemer@kirkland.com]
> Andrew R. Dunlap [adunlap@kirkland.com]
> KIRKLAND & ELLIS LLP
> 153 East 53rd Street
> New York, NY 10022
>
> Mark L. Kovner [mkovner@kirkland.com]
> Michael S. Becker [mbecker@kirkland.com]
> KIRKLAND & ELLIS LLP
> 655 Fifteenth Street, NW
> Suite 1200
> Washington, DC 20005

> /s/ Karen L. Pascale
> Karen L. Pascale (#2903) [kpascale@ycst.com]
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
> (302) 571-6600
>
> *Attorneys for Non-party Lucite International*

# EXHIBIT C

```
                                                              Page 1
 1         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
 2

   *********************************
 3  INEOS FLUOR AMERICAS LLC,        *
                                     *
 4         Plaintiff,                *    Case Number
      vs.                            *    06-189 (SLR)
 5                                   *
   HONEYWELL INTERNATIONAL, INC.,    *
 6                                   *
           Defendant.                *    COPY
 7  *********************************

 8  ─────────────────────────────────────────────
                 VIDEO DEPOSITION OF
 9                    RON COYLE

10  ─────────────────────────────────────────────

            Taken on behalf of the Defendant
11             Wednesday, February 28, 2007
                      8:30 a.m. CST
12
       At the Mobile Marriott, 3101 Airport Boulevard
13                Mobile, Alabama 36606
14  ON BEHALF OF THE PLAINTIFF:
            AXINN, VELTROP & HARKRIDER LLP
15          90 State House Square
            Hartford, CT 06103
16          (860) 275-8100
            BY: Richard S. Order, Esq.
17
    ON BEHALF OF THE DEFENDANT:
18          KIRKLAND & ELLIS LLP
            1201 North Market Street
19          P.O. Box 1347
            Wilmington, DE 19899
20          (302) 658-9200.
            BY: Michael D. Reisman, Esq.
21
    ALSO PRESENT:
22          John Pacillo, Ineos Fluor
            Rose Dominguez, Videographer
23
    REPORTER: L. Alan Peacock, AL-CSR-160, RMR, CRR
24     BAY AREA REPORTING-- Certified Court Reporters
        2101 Government Street Mobile, Alabama 36606
25                  (251)473-1016
```

**Esquire Deposition Services**
**1-800-944-9454**

Page 15

```
 1  agreement?
 2       A     Yes, I do.
 3       Q     Are you prepared to testify about that
 4  knowledge?
 5       A     Yes, I am.
 6       Q     And do you have personal knowledge of the
 7  history of Ineos's supply relationship with
 8  Honeywell?
 9       A     You mean, do I know some of it?  I know
10  some of the history.
11       Q     Do you have personal knowledge of that
12  history?
13       A     I know some of the history, yes.  I know
14  the history when I was involved with the business.
15       Q     Are you prepared to testify about the
16  history that you're knowledgeable about?
17             MR. ORDER:  Objection to the form.
18       Q     (By Mr. Reisman) You can answer.
19       A     Yes.
20       Q     You can put that one aside.
21             Now I'm just going to ask you a few
22  questions about Ineos Phenol.
23             Ineos Phenol, Incorporated, that's an
24  American corporation, right?
25       A     There's no Ineos Phenol, Incorporated.
```

Page 16

1  Ineos Phenol is a division of Ineos Americas, LLC.

2      Q    And where is Ineos Americas, LLC,
3  headquartered?

4      A    Here in Mobile, Alabama.

5      Q    And what is your position today with Ineos
6  Americas, LLC?

7      A    I'm the vice president of -- for the
8  Phenol division of Ineos Americas, LLC, I'm the vice
9  president of marketing and sales.

10     Q    And what other divisions does Ineos
11 Americas, LLC, have?

12     A    I'm not exactly sure.  I think it's -- I
13 think the -- there's Ineos Oxide, Ineos Silicas, and
14 Ineos Phenol.  And I'm not sure we have gone through
15 a restructuring, so I'm not sure which other
16 businesses are under Ineos Americas LLC.

17     Q    And what are your responsibilities as vice
18 president of marketing and sales?

19     A    I'm responsible for the marketing and
20 sales of phenol and acetone.

21     Q    Does Ineos Americas LLC have a parent
22 corporation?

23     A    Yes.

24     Q    And what is the name of it?

25     A    I'm not exactly sure, to be honest with

```
 1  you.
 2       Q    Are you aware of the relationship between
 3  Ineos Americas, LLC, and Ineos Group Holdings PLC.
 4       A    Yes.  I believe that's the parent company,
 5  but I'm not sure.
 6       Q    Do you have -- in your current position,
 7  do have you contact with anyone from Ineos Group
 8  Holdings, LLC -- PLC?
 9       A    We have gone through several
10  reorganizations, so I'm not exactly sure who the
11  officers are of that organization.  I would imagine
12  I do, but I can't say for sure.
13       Q    In your position today, do you have
14  contact with anyone from the Fluor division of Ineos
15  Americas, LLC?
16       A    No, not on a business basis.
17            MR. ORDER:  Objection to the form.  It's
18       misstating his prior testimony.
19       Q    (By Mr. Reisman) Do you have contact in
20  your current position with Mr. Pacillo?
21            THE WITNESS:  In my current position, no.
22       Q    (By Mr. Reisman) When was the last time
23  you had, on a professional basis, contact with
24  Mr. Pacillo?
25       A    I don't remember.  It was -- on a
```