IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INEOS FLUOR AMERICAS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-189-SLR |
| ) | |
| HONEYWELL INTERNATIONAL INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER NO. 2 AMENDING SCHEDULING ORDER

WHEREAS, the parties believe that a two-week extension of certain imminent deadlines should allow them sufficient time to finalize a settlement and file a stipulation of dismissal;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES, subject to the approval of the Court, that:

1. Paragraph 2(g) of the Scheduling Order of July 6, 2006 (D.I. 21) is amended as follows:

| Event | Original Date | Revised Date |
|---|---|---|
| Completion of depositions of experts on issues for which any party has the burden of proof | June 8, 2007 | June 22, 2007 |
| Rebuttal expert reports served | June 22, 2007 | July 6, 2007 |
| Completion of depositions of rebuttal experts | July 31, 2007 | August 14, 2007 |
| Completion of all expert discovery | July 31, 2007 | August 14, 2007 |

2. The time to file and serve reply briefs on all pending motions to compel (D.I. 97, 100, and 104) is extended to and including June 22, 2007.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ *Karen L. Pascale* | /s/ *Jason A. Cincilla* |

C. Barr Flinn (#4092)
Karen L. Pascale (#2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

OF COUNSEL:

AXINN, VELTROP & HARKRIDER LLP
Richard S. Order
Mark D. Alexander
90 State House Square
Hartford, CT 06103
(860) 275-8100

*Attorneys for Plaintiff,*
*INEOS Fluor Americas LLC*

Martin P. Tully (#465)
Jason A. Cincilla (#4232)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

OF COUNSEL:

KIRKLAND & ELLIS LLP
Yosef J. Riemer
Andrew R. Dunlap
Michael D. Reisman
153 East 53rd Street
New York, NY 10022
(212) 446-4800

-and-

Mark L. Kovner
Michael S. Becker
655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005-5793
(202) 879-5000

*Attorneys for Defendant,*
*Honeywell International Inc.*

June 1, 2007

SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

846073.1

## **CERTIFICATE OF SERVICE**

I, Jason A. Cincilla, Esquire, hereby certify that copies of **Stipulation and Order No. 2 Amending Scheduling Order** were served on June 1, 2007 as follows:

### **BY ELECTRONIC FILING:**

C. Barr Flinn, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

### **BY ELECTRONIC MAIL:**

Richard S. Order, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square, 11th Floor
Hartford, Connecticut 06103
rso@avhlaw.com

/s/ Jason A. Cincilla
Jason A. Cincilla (#4232)