**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **INEOS FLUOR AMERICAS LLC,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| **v.** ) | **C.A. No. 06-189-SLR** |
| ) | |
| **HONEYWELL INTERNATIONAL INC.,** ) | *REDACTED -* |
| ) | |
| *Defendant.* ) | *PUBLIC VERSION* |
| ) | |

**APPENDIX OF EXHIBITS CITED IN LUCITE INTERNATIONAL'S**
**ANSWERING BRIEF IN OPPOSITION TO HONEYWELL'S MOTION**
**TO COMPEL DOCUMENTS FROM LUCITE INTERNATIONAL**

**VOLUME I**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
C. Barr Flinn (#4092) [bflinn@ycst.com]
Karen L. Pascale (#2903)  [kpascale@ycst.com]
Chad S.C. Stover (#4919) [cstover@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

 - and-

AXINN, VELTROP & HARKRIDER LLP
Richard S. Order [rso@avhlaw.com]
Mark D. Alexander [mda@avhlaw.com]
Aaron C. Brinkman [acb@avhlaw.com]
Elizabeth T. Timkovich [ett@avhlaw.com]
90 State House Square
Hartford, CT 06103
(860) 275-8100

*Attorneys for Non-party Lucite International*

May 29, 2007

The following <u>sealed</u> exhibits are contained in this Appendix:

Exhibit A:     November 19, 2003 draft of INEOS/Honeywell Heads of

Agreement;

Exhibit B:     Transcript of Eric McLaughlin Deposition, Mar. 30, 2007

(pp. 1, 57-59, 143-52, and 158); and

Exhibit D:     Email from John Grant to John Pacillo attaching revised

INEOS/Honeywell Heads of Agreement dated December

24, 2003.

## <u>CERTIFICATE OF SERVICE</u>

I, Karen L. Pascale, Esquire, hereby certify that on June 6, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Kurt M. Heyman [kheyman@proctorheyman.com]
> Patricia L. Enerio [penerio@proctorheyman.com]
> PROCTOR HEYMAN LLP
> 1116 West Street
> Wilmington, DE 19801
>
> Martin P. Tully [mtully@nmat.com]
> Jason A. Cincilla [jcincilla@mnat.com]
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899

I further certify that on June 6, 2007**,** I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> ### <u>*By E-Mail*</u>
>
> Yosef J. Riemer [yriemer@kirkland.com]
> Andrew R. Dunlap [adunlap@kirkland.com]
> KIRKLAND & ELLIS LLP
> 153 East 53rd Street
> New York, NY  10022
>
> Mark L. Kovner [mkovner@kirkland.com]
> Michael S. Becker [mbecker@kirkland.com]
> KIRKLAND & ELLIS LLP
> 655 Fifteenth Street, NW
> Suite 1200
> Washington, DC  20005

/s/ Karen L. Pascale
Karen L. Pascale (#2903) [kpascale@ycst.com]
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Non-party Lucite International*

# EXHIBITS A, B AND D REDACTED IN THEIR ENTIRETY