IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INEOS FLUOR AMERICAS LLC, ) | REDACTED VERSION |
| ) | FILED JUNE 6, 2007 |
| *Plaintiff*, ) | |
| ) | |
| v. ) | C.A. No. 06-189-SLR |
| ) | |
| HONEYWELL INTERNATIONAL INC., ) | ***CONFIDENTIAL*** |
| ) | |
| *Defendant.* ) | FILED UNDER SEAL |
| ) | |

APPENDIX OF EXHIBITS CITED IN PLAINTIFF INEOS'S ANSWERING
BRIEF IN OPPOSITION TO HONEYWELL'S MOTION TO COMPEL
DEPOSITION TESTIMONY, DOCUMENTS AND INTERROGATORY
RESPONSES FROM INEOS

YOUNG CONAWAY STARGATT & TAYLOR, LLP
C. Barr Flinn (#4092) [bflinn@ycst.com]
Karen L. Pascale (#2903) [kpascale@ycst.com]
Chad S.C. Stover (#4919) [cstover@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

- and-

AXINN, VELTROP & HARKRIDER LLP
Richard S. Order [rso@avhlaw.com]
Mark D. Alexander [mda@avhlaw.com]
Aaron C. Brinkman [acb@avhlaw.com]
Elizabeth T. Timkovich [ett@avhlaw.com]
90 State House Square
Hartford, CT 06103
(860) 275-8100

*Attorneys for Plaintiff INEOS Fluor Americas LLC*

May 29, 2007

**REDACTED VERSION
FILED JUNE 6, 2007**

DB02:6006915.1

The following <u>sealed</u> exhibits are contained in this Appendix:

Exhibit A:   Mutual Nondisclosure Agreement between INEOS Fluor Americas LLC and Mexichem Fluor S.A. de C.V. dated Feb. 21, 2007 and

Exhibit B:   Transcript of Peter Geosits Deposition, Apr. 18, 2007 (pp. 1, 50-72, 160, 177, 264 and Errata Sheet).

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on June 6, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Martin P. Tully [mtully@nmat.com]
>Jason A. Cincilla [jcincilla@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899

I further certify that on June 6, 2007, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>*By E-Mail*
>
>Yosef J. Riemer [yriemer@kirkland.com]
>Andrew R. Dunlap [adunlap@kirkland.com]
>KIRKLAND & ELLIS LLP
>153 East 53rd Street
>New York, NY 10022
>
>Mark L. Kovner [mkovner@kirkland.com]
>Michael S. Becker [mbecker@kirkland.com]
>KIRKLAND & ELLIS LLP
>655 Fifteenth Street, NW
>Suite 1200
>Washington, DC 20005

>*/s/ Karen L. Pascale*
>_____
>Karen L. Pascale (#2903)
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>(302) 571-6600
>*kpascale@ycst.com*
>
>*Attorneys for Plaintiff, INEOS Fluor Americas LLC*

# EXHIBITS A AND B REDACTED IN THEIR ENTIRETY