IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INEOS FLUOR AMERICAS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-189-SLR |
| | ) |
| HONEYWELL INTERNATIONAL INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

This action has been compromised and settled, and there is no party who is an infant or incompetent person for whom a committee has been appointed, nor is there any person not a party who has any interest in the subject matter of this action. Therefore, in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is stipulated and agreed between the parties that:

1. All claims brought by plaintiff INEOS Fluor Americas LLC in its Complaint and all defenses asserted by defendant Honeywell International Inc. shall be dismissed and discontinued with prejudice.

2. Each party shall bear its own costs and attorney's fees.

3. The Court may enter an Order to this effect without notice.

DATED:       June 7, 2007

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Karen L. Pascale* | */s/ Jason A. Cincilla* |
| C. Barr Flinn (#4092) | Martin P. Tully (#465) |
| Karen L. Pascale (#2903) | Jason A. Cincilla (#4232) |
| The Brandywine Building | 1201 N. Market Street |
| 1000 West Street, 17th Floor | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 571-6600 | (302) 658-9200 |
| OF COUNSEL: | OF COUNSEL: |
| AXINN, VELTROP & HARKRIDER LLP | KIRKLAND & ELLIS LLP |
| Richard S. Order | Yosef J. Riemer |
| Mark D. Alexander | Andrew R. Dunlap |
| 90 State House Square | Michael D. Reisman |
| Hartford, CT 06103 | 153 East 53rd Street |
| (860) 275-8100 | New York, NY 10022 |
|  | (212) 446-4800 |
| *Attorneys for Plaintiff,* | -and- |
| *INEOS Fluor Americas LLC* | Mark L. Kovner |
|  | Michael S. Becker |
|  | 655 Fifteenth Street, NW |
|  | Suite 1200 |
|  | Washington, DC 20005-5793 |
|  | (202) 879-5000 |
|  | *Attorneys for Defendant,* |
|  | *Honeywell International Inc.* |

SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE