UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| INEOS FLUOR AMERICAS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-189 (SLR)<br>)<br>)  PUBLIC VERSION<br>)<br>) |

**AFFIDAVIT OF CHARLES GRAF IN SUPPORT OF HONEYWELL'S OPPOSITION
TO INEOS'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Charles Graf, having first been duly sworn, deposes and says:

1. I am Chief Litigation Counsel for the Specialty Materials business of Honeywell International Inc. ("Honeywell")

2. I submit this declaration in support of Honeywell's Opposition To Ineos's Motion To Compel Production Of Documents.

3. Honeywell has a large and active legal department, and its businesspeople regularly consult with its attorneys.

4. The following individuals serve or have served as inside or outside counsel to Honeywell: Elizabeth ("Beth") Stairs, Katherine Ma, Steve Plotkin, Jeffrey Neuman, Charles ("Chuck") Graf, and Linda Clark.

5.
    **REDACTED**

6. **REDACTED**

7.

Executed this 29th day of May 2007:    _____

Sworn to before me this
29th day of May 2007

_____
Notary Public

TAMMY J. VICINO
Notary Public, State of New Jersey
My Commission Expires
JULY 8, 2007

## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, Esquire, hereby certify that copies of the **Public Version** of **Affidavit Of Charles Graf In Support Of Honeywell's Opposition To Ineos's Motion To Compel Production Of Documents** were served on June 8, 2007 as follows:

### BY ELECTRONIC FILING:

C. Barr Flinn, Esq.
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

### BY ELECTRONIC MAIL:

Richard S. Order, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square, 11th Floor
Hartford, Connecticut 06103
rso@avhlaw.com

/s/ Jason A. Cincilla
Jason A. Cincilla (#4232)